DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISIONS OF ST. CROIX and ST. THOMAS/ST. JOHN

IN RE: )
DISTRICT COURT OPERATIONS )
UNDER THE EXIGENT )
CIRCUMSTANCES CREATED BY ) General Order
HURRICANE IRMA AND )
HURRICANE MARIA ) Miscellaneous No. ____

## ORDER CONCERNING DISTRICT COURT OPERATIONS IN LIGHT OF HURRICANE IRMA AND HURRICANE MARIA

UPON CONSIDERATION of category five Hurricanes Irma and Maria, which wrought extensive damage and destruction on St. Thomas, St. John and St. Croix, U.S. Virgin Islands; disrupted services and communications throughout the islands; resulted in the closure of the federal courthouses on St. Thomas and St. Croix and numerous attorneys' offices on the islands; and resulted in the temporary closure and evacuation of all prisoners from the MDC Guaynabo facility in Puerto Rico--where approximately 96% of District of the Virgin Islands inmates were confined--to facilities on the United States mainland; it is hereby

**ORDERED** that all civil and criminal matters scheduled before any judge or magistrate judge in either Division of the District Court of the Virgin Islands from September 5th through October 29th, 2017, including any deadlines associated therewith, are **CONTINUED** pending further Order of the Court; and it is further

**ORDERED** that, with regard to the criminal matters, due to the widespread disruption caused by Hurricanes Irma and Maria, the time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuances outweigh the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A); and it is further

**ORDERED** that exceptions to the continuances provided herein may be ordered in individual cases, in the discretion of the Court after consultation with counsel, if the exigencies of a particular matter so require; and it is further

**ORDERED** that General Order, Misc. No. 2017-20, entered on September 25, 2017, is **VACATED**; and it is further

**ORDERED** that, while the District Court of the Virgin Islands remains closed in both Divisions pending further notice, Court personnel are available by telephone from 10:30 am to 2:30 pm from Monday to Friday, by calling (571) 293-7033, to address matters arising in either Division; and it is further

**ORDERED** that CM/ECF is available for the filing of documents; and it is further

**ORDERED** that this Order is effective September 5, 2017, *nunc pro tunc*.

**SO ORDERED**.

Date:  October 2, 2017                               _____/s/_____
                                                                        WILMA A. LEWIS
                                                                        Chief Judge