DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISIONS OF ST. CROIX and ST. THOMAS/ST. JOHN

| | |
|---|---|
| IN RE: ) | |
| DISTRICT COURT OPERATIONS ) | |
| UNDER THE EXIGENT ) | |
| CIRCUMSTANCES CREATED BY ) | General Order |
| HURRICANE IRMA AND ) | |
| HURRICANE MARIA ) | Misc. No. 1:17-MC-00011 |
| _____ ) | |

## FIRST AMENDED
## ORDER CONCERNING DISTRICT COURT OPERATIONS IN LIGHT OF HURRICANE IRMA AND HURRICANE MARIA

UPON CONSIDERATION of the restoration of telephone service to the federal courthouse in the St. Thomas/St. John Division of the District Court of the Virgin Islands, it is hereby

**ORDERED** that the Order Concerning District Court Operations In Light of Hurricane Irma and Hurricane Maria, Misc. No. 17-00011, entered on October 2, 2017, remains in full force and effect except as amended herein; and it is further

**ORDERED** that Misc. No. 17-00011 is amended as follows:

While the District Court of the Virgin Islands remains closed in both Divisions pending further notice, Court personnel are available by telephone from 10:30 am to 2:30 pm from Monday to Friday, to address matters arising in either Division. Please call (340) 774-0640, or as a back-up number, (571) 293-7033. For hours or days not specified, messages can be left at the (340) 774-0640 telephone number.

**SO ORDERED**.

Date: October 3, 2017                                         _____/s/_____
                                                                                  WILMA A. LEWIS
                                                                                  Chief Judge